IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MARK DELEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Court No. |
| ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES, plaintiff, MARK DELEON, by and through his attorney, George Brugess of COGAN & POWER, P.C., and complaining of defendant, NORFOLK SOUTHERN RAILWAY COMPANY, and brings this cause of action under the Federal Employers' Liability Act 45 U.S.C. § 51, *et seq*. ("FELA") for the personal injuries and other damages that he sustained on July 13, 2021.  In support thereof, the plaintiff respectfully states:

1. On July 13, 2021, the defendant, NORFOLK SOUTHERN RAILWAY COMPANY (hereinafter referred to as "NS") was a railroad corporation, operating and doing business in the State of Indiana.

2. On July 13, 2021, defendant, NORFOLK SOUTHERN RAILWAY COMPANY was doing business as a common carrier for hire, engaged in interstate commerce by rail in various states of the United States, including the State of Indiana.

3. On July 13, 2021, the plaintiff, MARK DELEON, was employed by NS as a Conductor.

4. On July 13, 2021, MARK DELEON was working on a crew in Burns Harbor railroad yard owned and operated by NS.

5. On July 13, 2021, MARK DELEON sustained personal injuries while performing his assigned duties as a Conductor for NS, including amputation of his arm at the shoulder.

6. At the time and place aforesaid, NS was a railroad employer, engaged in interstate commerce by rail, and was subject to and governed by the Federal Employers' Liability Act, Title 45 U.S.C. §§ 51-60 ("FELA").

7. Subject matter jurisdiction for plaintiff's injury claim against NS exists in this Court under the FELA, which vests jurisdiction in state and federal courts for injuries sustained by railroad employees engaged in interstate commerce. 45 USC §51; 45 USC §56 and 28 USC §1331.

8. Venue for this claim exists in the United States District Court for the Northern District of Indiana, Hammond Division, pursuant to 28 USC §1391(b).

9. Defendant NS, notwithstanding its duties to plaintiff, was careless and negligent in failing to exercise ordinary care to furnish plaintiff with a reasonably safe place in which to work and thereby contributed in whole or in part to cause injuries to plaintiff.

10. At the time and place aforesaid, the plaintiff, MARK DELEON sustained injuries of a personal and pecuniary nature, and sustained other recoverable damages supported by the evidence and permitted by law, all resulting, in whole or in part, from one or more violations by NS of the Federal Employers' Liability Act.

11. NS is strictly liable for DeLeon's injuries, without any claim for contributory negligence, due to the NS's violation of federal safety regulations.

WHEREFORE, the plaintiff seeks judgment against the NORFOLK SOUTHERN RAILROAD COMPANY in an amount sufficient to satisfy the jurisdictional limitations of this court, plus whatever additional amount the court and the jury shall deem proper as compensatory damages, plus the costs of this lawsuit and other recoverable damages permitted by law.

                Respectfully submitted,

                By:    */s/ George Brugess*
                        One of plaintiff's attorneys

Cogan & Power, P.C.
*Attorneys for Plaintiff*
George Brugess
Bradley N. Barker
1 East Wacker Drive, Suite 510
Chicago, IL  60601
(312)477-2500
(312) 477-2501 Fax
gbrugess@coganpower.com
bbarker@coganpower.com